**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **JOHNNY COLLINS,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:26-cv-0555-E-BK** |
| | § | |
| **ELITE EDGE MANAGEMENT GROUP** | § | |
| **ET Al,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The Chief United States District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court (ECF No. 13).

Accordingly, it is **ORDERED** Plaintiffs' Motion to remand is **GRANTED** (ECF No. 7). This case is **REMANDED** back to the 191st Judicial District Court of Dallas County, Texas. Furthermore, the Parties' joint motion to extend the deadline for a joint scheduling proposal is DENIED **as moot** (ECF No. 14).

**SO ORDERED** this **April 29, 2026**.

_____

Ada Brown
UNITED STATES DISTRICT JUDGE